CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED
FOR HARRISONBURG
JUN 1 1 2009
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 5:09-CR-00009 |
| v. | ) ORDER |
| BRAULIO CRUZ-VASQUES, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendant. | ) |

It appearing that the magistrate judge has submitted a report and recommendation that the defendant's guilty plea be accepted; and it further appearing that no objections have been filed to said report and recommendation; and it appearing proper, it is **ORDERED** that said report and the findings and recommendation contained therein are hereby accepted in whole and the defendant will be adjudged guilty of each offense to which the defendant entered a guilty plea. Acceptance of the plea agreement is deferred, pending completion of a presentence report.

The Clerk is directed to send certified copies of this Order to all parties.

ENTER: June 11, 2009

United States District Judge